Sergei Orel, Esq.
Law Office of Sergei Orel, LLC
7000 JF Kennedy Boulevard East
Suite M-21D, Lower Level Mall
Guttenberg, NJ 07093
201-945-5525
Fax: 201-945-5529
Attorney for Iurii Chumak

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
UNITED STATES OF AMERICA,

          Plaintiff,      :    Criminal Action No. 1:11-cr-00388-JMA

    v.

IURII CHUMAK,          :    **NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

          Defendant.   :

-----------------------------------------------------------x

To:    Tyler J. Smith
        US Attorneys Office
        Eastern District of New York
        271 Cadman Plaza East
        Brooklyn, NY 11201

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Law Office of Sergei Orel, LLC, and a member in good standing of the Bar of the State of New Jersey, as attorney pro hac vice to argue or try this case in whole or in part as

counsel for Defendant Iurii Chumak. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

Dated: June 1, 2011

Sergei Orel
Attorney for Defendant Iurii Chumak
7000 JF Kennedy Boulevard East
Suite M-21D, Lower Level Mall,
Guttenberg, NJ 07093
201-945-5525
Fax: 201-945-5529

Sergei Orel, Esq.
Law Office of Sergei Orel, LLC
7000 JF Kennedy Boulevard East
Suite M-21D, Lower Level Mall
Guttenberg, NJ 07093
201-945-5525
Fax: 201-945-5529
Attorney for Iurii Chumak

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff,      :    Criminal Action No. 1:11-cr-00388-JMA

v.                         :

IURII CHUMAK,             :    **AFFIDAVIT OF COUNSEL SERGEI OREL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

        Defendant.      :

-----------------------------------------------------------x

State of New Jersey  )
                        ) ss:
County of Hudson   )

Sergei Orel, being being duly sworn, hereby deposes and says as follows:

1. I am a sole practitioner and an owner of the law firm of Sergei Orel LLC.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State of New Jersey.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for defendant Iurii Chumak.

Respectfully submitted,

Dated: June 1, 2011

Sergei Orel
Attorney for Defendant Iurii Chumak
7000 JF Kennedy Boulevard East
Suite M-21D, Lower Level Mall,
Guttenberg, NJ 07093
201-945-5525
Fax: 201-945-5529

Sergei Orel, Esq.
Law Office of Sergei Orel, LLC
7000 JF Kennedy Boulevard East
Suite M-21D, Lower Level Mall
Guttenberg, NJ 07093
201-945-5525
Fax: 201-945-5529
Attorney for Iurii Chumak

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Criminal Action No. 1:11-cr-00388-JMA |
| v. | : | |
| IURII CHUMAK, | : | **ADMISSION TO PRACTICE PRO HAC VICE** |
| Defendant. | : | |
| | : | |

-----------------------------------------------------------x

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Sergei Orel is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendant Iurii Chumak.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated:

                                                                                  United States District Judge

cc:     Pro Hac Vice Attorney
           Court File